1

2

3

4

5

6                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
7                                  AT SEATTLE

8    DEJON PAYNE,

9                              Petitioner,          Case No. C19-0182-JLR

10        v.

11   DANIEL WHITE,                                  ORDER DISMISSING FEDERAL
                                                    HABEAS ACTION
12                             Respondent.

13

14        The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's

15   answer to the petition, the Report and Recommendation of Mary Alice Theiler, United States

16   Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS:

17        (1)     The Report and Recommendation is approved and adopted;

18        (2)     Petitioner's petition for writ of habeas corpus (Dkt. 3) is DENIED, and this action

19   is DISMISSED with prejudice;

20        (3)     In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the

21   United States District Courts, a certificate of appealability is DENIED; and

22   / / /

23   / / /

ORDER DISMISSING FEDERAL
HABEAS ACTION - 1

1          (4)     The Clerk is directed to send copies of this Order to petitioner, to counsel for

2   respondent, and to the Honorable Mary Alice Theiler.

3          DATED this __27th__ day of ____September____, 2019.

4                                          _____

5                                          JAMES L. ROBART
                                           United States District Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER DISMISSING FEDERAL
HABEAS ACTION - 2